Ex parte JACK KARAM.

O. T. Shinn, Respondent.

No. A-5526.   Opinion Filed Sept. 26, 1925.
(239 Pac. 1118.)

B. A. McAleer, for petitioner.

PER CURIAM. From the records filed in this proceeding it appears that the matter in controversy relates to a civil contempt over which this court has no jurisdiction. The Attorney General has filed a motion to dismiss, because this court has no jurisdiction to determine an application of this character relating to civil procedure. The motion of the Attorney General is sustained, and the application dismissed.